DORES H. FONTHEIM, as Administrator of the Estate of ALPHONSE FONTHEIM, Deceased, Appellant, *v.* THIRD AVENUE RAILWAY COMPANY, Respondent.

Submitted January 20, 1941; decided July 29, 1942.

*Stuart Riedel* for motion.

*J. Preston Mottur* opposed.

Motion granted and appeal dismissed.